**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PAUL FRANKEL, | ) | CASE NO: 05 B 25259 |
| | ) | |
| DEBTOR. | ) | HEARING DATE: **Thursday, December 13, 2007** |
| | ) | HEARING TIME: **9:30 a.m.** |
| | ) | |
| | ) | HON. JOHN H. SQUIRES |

**ORDER AUTHORIZING PAYMENT OF REMAINING FUNDS IN THE ESTATE TO THE TRUSTEE, WAIVING THE FILING OF A FINAL REPORT AND CLOSING CASE**

**THIS CAUSE COMING** on to be heard upon the Trustee's Motion to Pay The Remaining Funds in the Estate To The Trustee, and To Waive The Filing of a Final Report and To Close Case, due and proper notice having been given and the Court having jurisdiction over this core proceeding;

**IT IS HEREBY ORDERED AS FOLLOWS:**

A.  The Trustee is order to pay the remaining funds in the Estate, in the approximate amount of $61.00, to the Trustee.

B.  The requirement that the Trustee file a Final Report in this case is waived.

C.  The Clerk of the Bankruptcy Court is directed to close this case.

Dated:_____       ENTER:


                                    _____
                                    Honorable John H. Squires
                                    U.S. Bankruptcy Judge