## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| PAUL FRANKEL, | ) CASE NO: 05 B 25259 |
| | ) |
| DEBTOR. | ) HEARING DATE: **Thursday, December 13, 2007** |
| | ) HEARING TIME: **9:30 a.m.** |
| | ) |
| | ) HON. JOHN H. SQUIRES |
| | ) |

### ORDER AUTHORIZING PAYMENT OF REMAINING FUNDS IN THE ESTATE TO THE TRUSTEE, WAIVING THE FILING OF A FINAL REPORT AND CLOSING CASE

**THIS CAUSE COMING** on to be heard upon the Trustee's Motion to Pay The Remaining Funds in the Estate To The Trustee, and To Waive The Filing of a Final Report and To Close Case, due and proper notice having been given and the Court having jurisdiction over this core proceeding;

**IT IS HEREBY ORDERED AS FOLLOWS:**

A. The Trustee is order to pay the remaining funds in the Estate, in the approximate amount of $61.00, to the Trustee.

B. The requirement that the Trustee file a Final Report in this case is waived.

C. The Clerk of the Bankruptcy Court is directed to close this case.

Dated: DEC 1 3 2007

ENTER:

_____
Honorable John H. Squires
U.S. Bankruptcy Judge